CITY OF ST. LOUIS, Respondent,

v.

Tyris BURNETT, Appellant.

No. ED 102447

Missouri Court of Appeals, Eastern District, DIVISION ONE.

FILED: November 24, 2015

Stephen Michael Ryals, The Ryals Law Firm, P.O. Box 11065, Ferguson, MO 63135, Attorney for Appellant.

Rory Patrick O'Sullivan, J. Brent Dulle, Co-Counsel, 1200 Market Street, Room 314, St. Louis, MO 63103, Attorneys for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

## ORDER

PER CURIAM

In this consolidated appeal, Tyris Burnett (Appellant) appeals from the judgment of the circuit court finding Appellant guilty of interfering with a police officer and resisting arrest, in violation of Section 15.10.010 of the Revised Code of the City of St. Louis. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears.

An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).